

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-23-2006

# Malaysia Shipping v. Sinochem Intl Co

Precedential or Non-Precedential: Precedential

Docket No. 04-1816

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Malaysia Shipping v. Sinochem Intl Co" (2006). *2006 Decisions*. Paper 1340.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1340

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1816

MALAYSIA INTERNATIONAL SHIPPING CORPORATION

Appellant

v.

SINOCHEM INTERNATIONAL CO. LTD.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 03-cv-03771)
District Judge: Honorable Franklin S. Van Antwerpen

Argued June 7, 2005

Before: AMBRO, STAPLETON and ALARCÓN[*], <u>Circuit Judges</u>

(Opinion filed February 7, 2006)

## <u>ORDER  AMENDING  PUBLISHED  OPINION</u>

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed February 7, 2006, be amended as follows:

On page 14, sixth line in the paragraph, add a comma after "that".

---

[*]Honorable Arthur L. Alarcón, Senior United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.

On page 14, third line up from the bottom of the paragraph, change "locality on which" to "locality upon which".

On page 15, third line, insert single quotation marks around the word "impact", so the quoted phrase appears like this: "'impact' analysis".

On page 15, seventh line, insert "at 588–89" after the "*See id.*".

On page 17, third line, change "action, it is *damnum*" to "action; it is *damnum*".

On page 17, full paragraph, seventh line, capitalize "complaint" in the phrase "[MISC]'s complaint", so that it appears "[MISC]'s Complaint".

On page 18, first line, insert "special" between "applying" and "admiralty".

On page 21, note 17, second line, insert "to" between "found" and "satisfy".

On page 23, first paragraph, twelfth line, remove "*, Inc.*" after "*Dole Food Co.*" so that it reads "*Dole Food Co.*, 251 F.3d".

On page 23, first paragraph, fourteenth line, remove "*, Inc.*" after "*Hill-Rom Co.*" so that it reads "*Hill-Rom Co.*, 108 F.3d 799".

On page 37, full paragraph, eleventh line, abbreviate "*East*" to "*E.*".

On page 40, tenth line, insert single quotation marks before "non-merits grounds" and after "personal jurisdiction," so that the phrase looks like this: "'non-merits grounds such as . . . personal jurisdiction,'".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: March 23, 2006

2